## Commonwealth, Appellant, *v.* Petroff.

Argued December 7, 1971. *James D. Crawford*, Deputy District Attorney, with him *Steven H. Goldblatt* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellant; *Joseph A. Prim, Jr.*, with him *Michael J. Stack, Jr.*, for appellee.

OPINION PER CURIAM: The order of the court below is reversed and the record remanded to the court below for consideration of defendant's motion for a new trial.

## Commonwealth *v.* Purnell, Appellant.

Submitted December 6, 1971. *Alan M. Tepper*, and *Klovsky, Kuby and Harris*, for appellant; *Peter J. Smith* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.